FILIMINO PIRRO, Respondent, *v.* ANNIE PIRRO, Appellant.

(Argued October 23, 1935; decided November 19, 1935.)

*Juvenal Marchisio* and *Herman Bellin* for appellant.

*Benjamin Marsicano* and *James M. Golding* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.